

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00072-CV

**ZURICH AMERICA INSURANCE COMPANY**,
Appellant

v.

Fidencio A. **MENDOZA** and Ashley N. Valadez, Individually and as next Friend of A.I.M., a
minor child,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-20242
Honorable David A. Canales, Judge Presiding

PER CURIAM

Sitting:     Beth Watkins, Justice
             Liza A. Rodriguez, Justice
             Lori I. Valenzuela, Justice

Delivered and Filed: March 8, 2023

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion states that appellant has

conferred with appellees and that appellees do not oppose the motion. Therefore, we grant the

motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against

appellant.

PER CURIAM